IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Joseph W

Printed: 12/28/07

Case Number: 07 B 16564
Judge: Wedoff, Eugene R

Filed: 9/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 19, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Park National Bank | Secured | 0.00 | 0.00 |
| 2. | Park National Bank | Secured | 0.00 | 0.00 |
| 3. | American General Finance | Secured | 0.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Secured | 26,802.00 | 0.00 |
| 5. | City Of Chicago | Secured | 291.00 | 0.00 |
| 6. | B-Real LLC | Unsecured | 868.62 | 0.00 |
| 7. | Omni Credit Service | Unsecured | 192.37 | 0.00 |
| 8. | American General Finance | Unsecured | 5,203.62 | 0.00 |
| 9. | Sprint Nextel | Unsecured | 793.20 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 705.01 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 6,131.37 | 0.00 |
| 12. | Direct Tv | Unsecured |  | No Claim Filed |
| 13. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 14. | Creditors Discount & Audit Co | Unsecured |  | No Claim Filed |
| 15. | Dr. Bruce Cable | Unsecured |  | No Claim Filed |
| 16. | IC System Inc | Unsecured |  | No Claim Filed |
| 17. | Endodontic & Periodontic Assoc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 40,987.19 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Jones, Joseph W | Case Number:  07 B 16564 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/28/07 | Filed:  9/12/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

